### Stanley M. TROWBRIDGE, Plaintiff/Appellant,

v.

### Robert S. ACHTYL, Defendant/Respondent.

#### No. 73979.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 17, 1998.

John J. Carey, David O. Danis, St. Louis, for appellant.

James E. Whaley, JulieAnn M. Broyles, St. Louis, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

#### ORDER

PER CURIAM.

Plaintiff, Stanley M. Trowbridge, appeals from the trial court's dismissal without prejudice of his personal injury action against defendant, Robert S. Achtyl, for lack of jurisdiction. No error of law appears and an opinion would have no precedential value. However, the parties have been provided with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).